Date of Arrest: **08/18**

# United States District Court
## DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>Vs.<br><br>Pablo CHINO-Doval<br>AKA: None Known<br>088450475<br>YOB: 1985<br>Citizen of: Mexico<br>Defendant | Magistrate Case No. 17-1629 MJ<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about August 18, 2017 Defendant Pablo CHINO-Doval, an alien, was found in the United States at or near Ehrenberg, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Brownsville/Gateway, Texas, on or about December 7, 2012. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Reviewed by AUSA Joshua Kokrud
for CAH USBP

Signature of Complainant
Roger Keller Jr
BORDER PATROL AGENT

Sworn to before me and subscribed in my presence,

__August 21, 2017__  at  __Yuma, Arizona__
Date                      City and State

__James F Metcalf, United States Magistrate Judge__
Name & Title of Judicial Officer     Signature of Judicial Officer

-1-

UNITED STATES OF AMERICA,

Vs.

Pablo CHINO-Doval
AKA: None Known
088450475

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 18, 2017, near Ehrenberg, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Imperial, California on or about March 31, 2009. The Defendant was most recently removed on or about December 7, 2012, through the port of Brownsville/Gateway, Texas, subsequent to a conviction in an United States District Court, District of Arizona, on or about April 4, 2012, for the crime of Illegal Re-entry, a felony.

Agents determined that on or about May 10, 2013, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__August 21, 2017__
Date

_____
Signature of Judicial Officer

- 2 -

## *Probable Cause Statement*

I, BORDER PATROL AGENT Roger Keller Jr, declare under penalty of perjury, the following is true and correct:

| | |
|---|---|
| Defendant: | **Pablo CHINO-Doval** |
| Dependents: | NONE CLAIMED |
| **IMMIGRATION HISTORY:** | The Defendant is an illegal alien and has been apprehended by the United States Border Patrol on three (3) previous occasions. The Defendant has been removed a total of three (3) times. |

**CRIMINAL HISTORY:**

| DATE | LOCATION | OFFENSE | DISPOSITION |
|---|---|---|---|
| 04/04/2012 | Tucson, Arizona | 8 USC 1326 | 14 Months Prison |

Narrative:   The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about August 18, 2017, near Ehrenberg, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Imperial, California on or about March 31, 2009. The Defendant was most recently removed on or about December 7, 2012, through the port of Brownsville/Gateway, Texas, subsequent to a conviction in an United States District Court, District of Arizona, on or about April 4, 2012, for the crime of Illegal Re-entry, a felony.

Agents determined that on or about May 10, 2013, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

Executed on: <u>August 19, 2017</u>   Time: <u>06:40 AM MST</u>

Signed: <u>Roger Keller Jr, BORDER PATROL AGENT</u>